## MARY ANN SCOTT, ADMINISTRATRIX, ETC., OF WILLIAM McDOWELL SCOTT, DECEASED, *versus* JOHN ANDERSON

JOURNAL ENTRIES (1821–23): *Journal 3:* (1) Rule for special bail or procedendo *p. 192; (2) stricken from 1820 Calendar *p. 224; (3) continued *p. 225; (4) rule for judgment subject to set offs *p. 339; (5) rule for judgment rescinded *p. 342; (6) rule for judgment *p. 346; (7) reference of set offs *p. 346; (8) reference of set offs rescinded, reference *p. 369; (9) award filed and confirmed *p. 378; (10) name of administrator de bonis non entered *p. 428.

PAPERS IN FILE: (1) Recognizance and precipe for habeas corpus; (2) writ of habeas corpus cum causa; (3) transcript of county court record; (4) declaration; (5) recognizance and bail piece; (6) prayer for oyer; (7) plea of nil debet, notice of set off and notice of motion; (8) precipe for judgment; (9) agreement for reference; (10) satisfaction piece; (11) copy of bond.

*Office Docket*, MS p. 133, c. 48. (Case 99 of 1820) Recorded in *Book B*, MS pp. 27–32.